IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENIECE TURNER,<br># 245633,<br><br>      Petitioner,<br><br>v.<br><br>EDWARD ELLINGTON, *et al.*,<br><br>      Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:10cv446-TMH<br>)              (WO)<br>)<br>)<br>) |

## **ORDER**

The petitioner has filed a motion to withdraw her 28 U.S.C. § 2254 petition for habeas corpus relief. (Doc. No. 20.) Upon consideration of this motion, and for good cause, it is hereby ORDERED that:

1. The petitioner's motion to withdraw her 28 U.S.C. § 2254 petition for habeas corpus relief is GRANTED; and

2. This action is DISMISSED without prejudice.

DONE this 29th day of September, 2010.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE