IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENIECE TURNER, #245633, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:10-cv-0446-TMH |
| ) | [WO] |
| EDWARD ELLINGTON, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #32) filed on November 22, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #25) filed on September 5, 2013 is adopted;

3. Turner's petition for habeas relief is DENIED and this case is DISMISSED with prejudice.

DONE this 13th day of December, 2013.

        /s/ Truman M. Hobbs
        TRUMAN M. HOBBS
        SENIOR UNITED STATES DISTRICT JUDGE